SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

          Plaintiff,

     vs.

OLIVE'S NEIGHBORHOOD MARKET
LLC; GUY ENRIQUEZ, AS TRUSTEE
OF THE GUY ENRIQUEZ EXEMPT
TRUST; and DOES 1 to 10,

          Defendants.

**Case No.: 2:26-cv-00490-CV-DSR**

**NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT
OLIVE'S NEIGHBORHOOD
MARKET LLC**

    **PLEASE TAKE NOTICE** that Plaintiff MICHAEL HARRIS ("Plaintiff")

pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses

Defendant OLIVE'S NEIGHBORHOOD MARKET LLC ("Defendant") *without*

*prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in

relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

              and any applicable federal statute, the plaintiff may dismiss an action

              without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

1              (i)     A notice of dismissal before the opposing party serves either an

2              answer or a motion for summary judgment.

3    Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary

4    judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

5

6

7

8    DATED:  February 25, 2026         SO. CAL. EQUAL ACCESS GROUP

9

10             By:    /s/  *Jason J. Kim*

11             Jason J. Kim

12             Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**